Mark S. Horoupian (CA Bar No. 175373)
   mhoroupian@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone:   213.626.2311
Facsimile:    213.629.4520

Attorneys for Debtor, Christopher A. Eberts



FILED & ENTERED

NOV 18 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>CHRISTOPHER A. EBERTS,<br>        Debtor. | Case No. 2:09-bk-12534 ER<br>Chapter 7 |
| MATTHEW MINNIS,<br>        Plaintiff,<br>    v.<br>CHRISTOPHER A. EBERTS,<br>        Defendant. | Adv. No. 2:09-ap-01749 ER<br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THIRD CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR**<br>**[F.R.C.P. 12(b); F.R.B.P. 7012]**<br><br>**DATE:**  November 10, 2009<br>**TIME:**  10:00 a.m.<br>**PLACE:**  Courtroom 1568<br>              255 E. Temple Street<br>              Los Angeles, CA  90012 |

**IN SAID DISTRICT, AT LOS ANGELES, AT THE TIME AND PLACE ASCRIBED ABOVE:**

    The Motion (the "Motion") by Christopher Eberts (the "Debtor," "Eberts" or "Defendant") to Dismiss Third Claim for Relief in Plaintiff's Complaint (the "Complaint") [Docket No. 9] Objecting to Debtor's Discharge for Failure to State a Claim Upon Which

MSH\ 603407.1

Relief Can Be Granted came on regularly for hearing. Based upon the Court's tentative ruling granting the Motion, appearances were waived.

After having considered the Motion, and the evidence and arguments set forth therein, and having found that the Third Claim for Relief in the Complaint fails to state a claim upon which relief could be granted, and that no amendment could remedy this deficiency, the Court hereby **ORDERS AS FOLLOWS:**

**1.** The Motion is granted. The Third Claim for Relief in the Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

# # # # #

DATED: November 18, 2009

_____
United States Bankruptcy Judge

- 2 -

MSH\ 603407.1

| In re:<br>CHRISTOPHER A. EBERTS,<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER: 2:09-bk-12534 ER |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Sulmeyer**Kupetz, 333 S. Hope St., 35th Floor, Los Angeles, CA 90071-1406.

The foregoing document described **"ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THIRD CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On November 10, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**DEBTOR**
**Christopher A. Eberts**
**11496 Orum Road**
**Los Angeles, CA 90049**

**Office of the U.S. Trustee**
**725 S. Figueroa St., 26th Floor**
**Los Angeles, CA 90017**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 10, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

- Leslie A. Cohen, Esq. for Matthew Minnis       leslie@lesliecohenlaw.com
- Office of the U.S. Trustee                     ustpregion16.la.ecf@usdoj.gov
- Jason M. Rund, Chapter 7 Trustee               trustee@srlawyers.com
- Scott Lee, Esq. for Chapter 7 Trustee          slee@lbbslaw.com

**The Honorable Ernest M. Robles, U.S Bankruptcy Judge, Room 1560**

☐ Service information continued on attached page

MSH\ 603407.1

| In re: | CHAPTER 7 |
|---|---|
| CHRISTOPHER A. EBERTS, | |
| Debtor. | CASE NUMBER: 2:09-bk-12534 ER |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 10, 2009 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Sulmeyer** Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

2

MSH\ 603407.1

| In re:<br>CHRISTOPHER A. EBERTS,<br><br>                           Debtor. | CHAPTER 7<br><br>CASE NUMBER: 2:09-bk-12534 ER |
|---|---|

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **"ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THIRD CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of <u>November 10, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Leslie A. Cohen, Esq. for Matthew Minnis        leslie@lesliecohenlaw.com
- Office of the U.S. Trustee                                   ustpregion16.la.ecf@usdoj.gov
- Jason M. Rund, Chapter 7 Trustee                 trustee@srlawyers.com
- Scott Lee, Esq. for Chapter 7 Trustee             slee@lbbslaw.com
- M. Horoupian, Esq. for Christopher Eberts     mhoroupian@sulmeyerlaw.com

☐   Service information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐   Service information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**<u>DEBTOR</u>**
**Christopher A. Eberts**
**11496 Orum Road**
**Los Angeles, CA  90049**

**Office of the U.S. Trustee**
**725 S. Figueroa St., 26th Floor**
**Los Angeles, CA  90017**

☐   Service information continued on attached page.

MSH\ 603407.1