John S. Black, Esq.
Gibbs & Bruns LLP
1100 Louisiana
Suite 5300
Houston, Texas 77002
Telephone. 713.650.8805
Facsimile. 713.750.0903
jblack@gibbs-bruns.com

Leslie A. Cohen, Esq. (SBN 93698)
Leslie Cohen Law, P.C.
506 Santa Monica Blvd. Ste 200
Santa Monica, CA 90401
Telephone: 310.394.5900
Facsimile: 310.394.9280
leslie@lesliecohenlaw.com

Attorneys for Matt Minnis

FILED & ENTERED

DEC 07 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CHRISTOPHER A. EBERTS<br><br>Debtor.<br><br>Matthew Minnis,<br><br>    Plaintiff.<br><br>v.<br><br>Christopher A. Eberts,<br><br>    Defendant | Case No. 2:09-bk-12534<br><br>Adv. No. 2:09-ap-01749<br><br>Chapter 7<br><br>**NON-DISCHARGEABLE JUDGMENT AGAINST DEBTOR PURSUANT TO STIPULATION**<br><br>Date:    None Required |

Pursuant to the agreement of the parties, judgment is hereby entered as follows:,

1. Plaintiff Matthew Minnis shall have a non-dischargeable judgment against Defendant Christopher Eberts under Bankruptcy Code sections 523(a)(2) and (4) in the amount of $260,000.

2. This judgment shall be payable as follows: $60,000 due upon the later of entry the Order approving the Stipulation or November 11, 2009. The balance ($200,000) will bear interest at 7% per annum

from the date of signing the Stipulation, however, Eberts may satisfy the entire judgment by paying $190,000 on or before November 11, 2009.

3. Following receipt of the $60,000 referenced above, Minnis has a non-dischargeable, immediately enforceable, judgment in the amount of $200,000 plus accrued interest calculated from November 2, 2009 and continuing until paid in full. Added to this Judgment shall be Minnis's costs of enforcement and collection including, without limitation, attorneys fees incurred after the signing of the Agreement on November 2, 2009.

###

DATED: December 7, 2009

United States Bankruptcy Judge

| In re:<br>Christopher A. Eberts | Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:09-bk-12534<br>Adv. No. 2:09-ap-01749 |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document described **NON-DISCHARGEABLE JUDGMENT AGAINST DEBTOR PURSUANT TO STIPULATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On              I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    November 18, 2009    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

Ch. 7 Trustee
Jason M Rund
Sheridan & Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    November 18, 2009    I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

John Black   jblack@gibbs-bruns.com
Mark S Horoupian    mhoroupian@sulmeyerlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/18/09 | J'aime Williams | /s/ J'aime Williams |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9013-3.1**

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER APPROVING STIPULATION TO CONTINUE STATUS HEARING AND EXTENSION OF CERTAIN PROCEDURAL DEADLINES; AND ORDER THEREON** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 18, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michelle E Goodman    mgoodman@hamricklaw.com
- Kenneth C Greene    kgreene@hamricklaw.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com
- Brad Krasnoff    krasnoff@lbbslaw.com
- John F Kurtz    jkurtz@hawleytroxell.com
- Scott Lee    slee@lbbslaw.com
- Joe M Lozano    notice@NBSDefaultServices.com
- Jason M Rund    trustee@srlawyers.com, jrund@ecf.epiqsystems.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

John Black  jblack@gibbs-bruns.com